UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HIRLINGER, et al., | Case No.23-cv-05963-AMO |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| WP COMPANY LLC, | |
| Defendant. | |

On January 13, 2025, the Court granted Defendant's Motion to Dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 13, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**